IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of
Kiera Sullivan, a minor, deceased,   and
CHRISTOPHER SULLIVAN,  individually, and as Personal Representative of the Estate
of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Joint Motion to Continue Scheduling Conference,
DN 6, filed in this case on September 27, 2011, is GRANTED.  The scheduling
Conference set on October 4, 2011, at 9:30 a.m., is VACATED and RESET on
November 28, 2011, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States
Courthouse, 901 19th Street, Denver, Colorado, 80294.   Proposed Scheduling Order
shall be submitted to the court on or before November 23, 2011.

Date:  September 30, 2011