IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,   and
CHRISTOPHER SULLIVAN,  individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is Unopposed Motion for Entry of Stipulated Protective Order (docket no. 13), is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 13-1) is APPROVED as amended in paragraph IX and made an Order of Court.


Date:  December 19, 2011