UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased, and

CHRISTOPHER SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiffs,

v.

DELTA ENTERPRISE CORP.,

Defendant.

## ORDER AMENDING SCHEDULING ORDER
(Docket No. 18)

The Court, having reviewed the Parties' Stipulated Motion to Amend the Scheduling Order, and being fully apprised on the matter, hereby GRANTS the Stipulated Motion. (Docket No 18)

Section 9 of the Scheduling Order entered on November 28, 2011 [Doc. 11], is hereby amended as follows:

### 9. CASE PLAN AND SCHEDULE

a. Deadline for Joinder of Parties and Amendment of Pleadings: February 12, 2012.

b. Discovery Cutoff: ~~June 30, 2012.~~ July 30, 2012

c. Dispositive Motions Deadline: August 20, 2012 ~~July 20, 2012 (twenty [20] days after discovery cutoff)~~.

d. Expert Witness Disclosure: The parties have agreed to a three-tiered system whereby Plaintiff will disclose affirmative experts on or before ~~April 15, 2012~~ May 30, 2012; Defendant will disclose its experts on or before ~~May 15,~~

~~2012~~ June 30, 2012; and Plaintiff will disclose rebuttal experts on or before ~~June 1, 2012~~ July 15, 2012.

All remaining sections of the Scheduling order remain unchanged by this Amendment.

DATED this 1st day of March, 2012.

APPROVED:

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge
MICHAEL J. WATANABE
DISTRICT OF COLORADO

\\HALLX3400\Lssdocuments\00000112\00159724.000.DOCX