UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased, and

CHRISTOPHER SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

    Plaintiffs,

v.

DELTA ENTERPRISE CORP.,

    Defendant.

---

## ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE OF APRIL 3, 2012
( Docket p. 22 )

---

This matter comes before the Court upon Defendant's Motion to Vacate Settlement Conference currently scheduled for April 3, 2012 at 1:30 p.m.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Settlement Conference is VACATED.

DATED this 23rd day of March 2012.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge