IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,   and
CHRISTOPHER SULLIVAN,  individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order, DN 18, filed with the Court on February 28, 2012, is GRANTED and the Scheduling Order entered on November 28, 2011, is amended as follows:

    a.    Plaintiffs' disclosure of affirmative experts: May 30, 2012;

    b.    Defendant's disclosure of expert witnesses: June 30, 2012;

    c.    Plaintiffs' disclosure of rebuttal experts: July 15, 2012; and,

    d.    Discovery cut-off deadline: July 30, 2012

Date:  March 26, 2012