IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased, and
CHRISTOPHER SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Delta Enterprise Corp.'s Motion to Compel Responses to Defendant's First Set of Written Discovery to Plaintiffs (docket no. 28) is MOOT and therefore DENIED. Paragraphs 4 and 5 in Plaintiff's Response (docket no. 31)[filed on May 22, 2012], state: "[A]ccordingly, although not in writing, Plaintiffs understanding was that Defendant had agreed to an ongoing extension regarding Plaintiffs' submission of the discovery responses, including the requests for admission. Please see Exhibits 1 & 2. Plaintiffs have submitted responses to Defendants' written discovery on May 22, 2012."

Date: May 29, 2012