**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01731-CMA-MJW

AMANDA SULLIVAN, Individually, and as Personal Representative of
The Estate of Kiera Sullivan, a minor, deceased, and
CHRISTOPHER SULLIVAN, Individually, and as Personal Representative of
The Estate of Kiera Sullivan, a minor, deceased,

      Plaintiffs,

v.

DELTA ENTERPRISE, CORP.,

      Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
PLAINTIFF CHRISTOPHER SULLIVAN AND
ORDER TO AMEND CAPTION**

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss Christopher Sullivan as a Plaintiff, with Prejudice (Doc. # 36). The Court has reviewed the Stipulation and ORDERS as follows:

The parties' Stipulated Motion (Doc. #36) is GRANTED and Plaintiff Christopher Sullivan is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his or its own costs and attorneys' fees related to Plaintiff Christopher Sullivan. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Christopher Sullivan as a Plaintiff in this case.

DATED: May   30  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge