IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Compel (docket no. 42) is **DENIED** for the following reasons.  I have reviewed Plaintiff's interrogatories 3, 6, 18 and 24 and Request for Production Nos. 7 and 21 and the answers and responses to such interrogatories and requests for production by Defendant.  I have also reviewed Defendant's letter date June 8, 2012, to Plaintiff's counsel [exhibit B attached to Response docket no. 49].  After reviewing the same, I find that Defendant has fully answered Plaintiff's interrogatories 4, 6, 18 and 24 and fully responded to Plaintiff's Request for Production Nos. 7 and 21.  As to that portion of Plaintiff's interrogatory 3 which relates to photographs taken by Defendant's consulting expert, I find such photographs by the consulting expert are protected by the work product doctrine.  Fed. R. Civ. P. 26(b)(4)(D).

It is **FURTHER ORDERED** Plaintiff's Motion for Status Conference with Court and Request for Expedited Ruling (docket nos. 50, 51, and 52) is **DENIED**.  This court has now ruled on Plaintiff's Motion to Compel (docket no. 42) and there is no need for an expedited hearing.  Moreover, as to the pending motion captioned "Delta Enterprise, Corp.'s Motion for Protective Order Re: Plaintiff's Third Amended Notices of Videotaped Depositions (docket no. 47)," such motion was filed with the court on July 6, 2012, and it not yet ripe for ruling.  Furthermore, the discovery cut-off date in this case is November 19, 2012, and the parties have several months before the close of discovery.

Date:   July 13, 2012