IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff(s),

v.

DELTA ENTERPRISE, CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Delta Enterprise, Corp.'s Motion for Protective Order Re: Plaintiff's Third Amended Notices of Videotaped Depositions (docket no. 47) is **DENIED AS MOOT**.  The relief sought in the subject motion (docket no. 47) requests an Order from this court preventing Plaintiff from taking the depositions of Sam Shamie and Steve Anzaroot on July 9 and 10, 2012.  These dates have come and gone.  Moreover, Defendant Delta Enterprise, Corp. seeks attorney fees and costs for preparing the subject motion (docket no. 47).  I find under these circumstances, after reviewing the subject motion (docket no. 47) and the response (docket no. 56), that an award of expenses would be unjust.

It is FURTHER ORDERED that the parties shall forthwith meet, confer, and clear dates and times for the depositions of Sam Shamie and Steve Anzaroot.  These depositons shall be completed prior to the discovery cut-off date [November 19, 2012] set by this court.  See docket no. 34.  The parties shall further comply fully with Fed. R. Civ. P. 30 and D.C.COLO.LCivR 30.1 and 30.3 in setting and taking of the depositions of Sam Shamie and Steve Anzaroot.  The parties shall comply fully with Fed. R. Civ. P 30 and D.C.COLO.LCivR 30.1 and 30.3 in **all other depositions** that need to be set and taken in this case.  The parties are reminded that the discovery rules were intended to be used in the discovery process without court intervention.

Date:   July 30, 2012