IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01731-CMA-MJW

AMANDA SULLIVAN, individually, and as Personal Representative of the Estate of Kiera Sullivan, a minor, deceased,

Plaintiff,

v.

DELTA ENTERPRISE, CORP.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend the Scheduling Order (Docket No. 60) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 11) shall be amended as follows:

1. Discovery cutoff: February 8, 2013;

2. Dispositive motions deadline: February 22, 2013;

3. Expert witness disclosures: Plaintiff will disclose affirmative experts on or before November 5, 2012.  Defendant will disclose its experts on or before December 5, 2012.  Plaintiff will disclose rebuttal experts on or before December 18, 2012.

Further, the final pretrial conference scheduled for December 12, 2012 at 10:00 a.m. is VACATED.  The final pretrial conference is RESET for February 27, 2013 at 10:00 a.m.

Date: October 2, 2012