**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01731-CMA-MJW

AMANDA SULLIVAN, Individually, and as Personal Representative of
The Estate of Kiera Sullivan, a minor, deceased,

    Plaintiff,

v.

DELTA ENTERPRISE, CORP.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41 and the Stipulation for Dismissal With Prejudice (Doc. # 72) signed by the attorneys for the parties hereto, it is

    ORDERED that this case and all claims asserted by Plaintiff Amanda Sullivan against Defendant Delta enterprise, Corp. are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

    DATED:  December __06__, 2012

                                            BY THE COURT:

                                            *[signature: Christine M Arguello]*

                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge